Sweeney v Niagara Lutheran Dev., Inc. (2025 NY Slip Op 01760)

Sweeney v Niagara Lutheran Dev., Inc.

2025 NY Slip Op 01760

Decided on March 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, NOWAK, AND HANNAH, JJ.

850 CA 24-00384

[*1]MICHAEL SWEENEY, AS ADMINISTRATOR OF THE ESTATE OF MARIE SWEENEY, DECEASED, PLAINTIFF-RESPONDENT-APPELLANT,
v
NIAGARA LUTHERAN DEVELOPMENT, INC., DOING BUSINESS AS GREENFIELD HEALTH & REHABILITATION CENTER, NIAGARA LUTHERAN HEALTH SYSTEM, INC., DEFENDANTS-RESPONDENTS, AND PATRICK SIAW, M.D., DEFENDANT-APPELLANT-RESPONDENT. (APPEAL NO. 3.) 

GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (AMANDA C. ROSSI OF COUNSEL), FOR DEFENDANT-APPELLANT-RESPONDENT. 
CAMPBELL AND ASSOCIATES, HAMBURG (DAVID J. WOLFF, JR., OF COUNSEL), FOR PLAINTIFF-RESPONDENT-APPELLANT. 
HURWITZ & FINE, P.C., BUFFALO (V. CHRISTOPHER POTENZA OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal and cross-appeal from an amended order of the Supreme Court, Erie County (Mark J. Grisanti, A.J.), entered March 1, 2024. The amended order, among other things, denied in part the motion of defendant Patrick Siaw, M.D. for summary judgment dismissing the amended complaint against him, and granted the motion of defendants Niagara Lutheran Development, Inc., doing business as Greenfield Health & Rehabilitation Center, and Niagara Lutheran Health System, Inc., for summary judgment dismissing the amended complaint against them. 
It is hereby ORDERED that said appeal and cross-appeal are unanimously dismissed without costs.
Same memorandum as in Sweeney v Niagara Lutheran Dev., Inc. ([appeal No. 1] — AD3d — [Mar. 21, 2025] [4th Dept 2025]).
Entered: March 21, 2025
Ann Dillon Flynn
Clerk of the Court